FILED IN CHAMBERS
U.S.D.C Atlanta

DEC 14 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INDICTMENT |
| v. | NO. 1:10-CR-521 |
| JEROME BUSHAY, | UNDER SEAL |
|    a/k/a "Romey;" | 8:10 MJ1575 MAP |
| FNU LNU, | |
|    a/k/a "Otis;" | |
| CHRISTOPHER DIXON, | |
|    a/k/a "Yardman;" | |
| MARK TOMLINSON, | |
|    a/k/a "Supa;" | |
| ROSHAUN HOOD, | |
|    a/k/a "Shaun;" | |
| CURTIS HERNANDEZ, | |
|    a/k/a "Kurt Hernandez;" | |
| NIGEL EDWARDS, | |
|    a/k/a "Nigel the Barber;" | |
| JERMAINE CAMPBELL, | |
|    a/k/a "Fatman;" | |
| RICARDO DUNCAN, | |
|    a/k/a "Ricky;" | |
| DAVE GRANT, | |
|    a/k/a "David Clarke," | |
|    a/k/a "Scratchy;" | |
| CHRISTOPHER WILLIAMS, | |
|    a/k/a "Eric Washington," | |
|    a/k/a "Bobby," | |
|    a/k/a "Beagle," | |
|    a/k/a "Apachee;" | |
| DAMIEN AARONS, | |
|    a/k/a "Damage;" | |
| FNU LNU, | |
|    a/k/a "Fowley." | |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Beginning on a date unknown to the Grand Jury, but at least in or about February 2010, and continuing until on or about the date of this indictment, in the Northern District of Georgia and

elsewhere, the defendants:

    JEROME BUSHAY, a/k/a "Romey;"
    FNU LNU, a/k/a "Otis;"
    CHRISTOPHER DIXON, a/k/a "Yardman;"
    MARK TOMLINSON, a/k/a "Supa;"
    ROSHAUN HOOD, a/k/a "Shaun;"
    CURTIS HERNANDEZ, a/k/a "Kurt Hernandez;"
    NIGEL EDWARDS, a/k/a "Nigel the Barber;"
    JERMAINE CAMPBELL, a/k/a "Fatman;"
    RICARDO DUNCAN, a/k/a "Ricky;"
    DAVE GRANT, a/k/a "David Clarke," a/k/a "Scratchy;"
    CHRISTOPHER WILLIAMS, a/k/a "Eric Washington," a/k/a "Bobby," a/k/a "Beagle," a/k/a "Apachee;"
    DAMIEN AARONS, a/k/a "Damage;"
    FNU LNU, a/k/a "Fowley"

did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with each other and persons unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with the intent to distribute a controlled substance, said conspiracy involved a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance; and a mixture and substance containing a detectable amount of marijuana, also a Schedule I controlled substance, and all in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(C) and 841(b)(1)(D).

### COUNT TWO

On or about April 30, 2010, in the Northern District of Georgia and elsewhere, the defendant,

    CHRISTOPHER DIXON;

aided and abetted by others, known and unknown, did knowingly and

intentionally possess, with the intent to distribute, a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18 United States Code, Section 2.

## COUNT THREE

On or about May 3, 2010, in the Northern District of Georgia and elsewhere, the defendant,

CHRISTOPHER DIXON;

aided and abetted by others, known and unknown, did knowingly and intentionally possess, with the intent to distribute, a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18 United States Code, Section 2.

## COUNT FOUR

On or about May 25, 2010, in the Northern District of Georgia and elsewhere, the defendants:

CHRISTOPHER DIXON, a/k/a "Yardman"
and
DAVE GRANT, a/k/a "David Clarke," a/k/a "Scratchy;"

aided and abetted by each other, did knowingly and intentionally possess, with the intent to distribute, a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation of Title

21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code, Section 2.

### COUNT FIVE

On or about June 21, 2010, in the Northern District of Georgia and elsewhere, the defendants:

>    JEROME BUSHAY, a/k/a "Romey;"
>    CHRISTOPHER DIXON, a/k/a "Yardman;"
>    MARK TOMLINSON, a/k/a "Supa;"
>    CURTIS HERNANDEZ, a/k/a "Kurt Hernandez;"
>    RICARDO DUNCAN, a/k/a "Ricky;"

aided and abetted by each other, did knowingly and intentionally possess, with the intent to distribute, a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code, Section 2.

### COUNT SIX

On or about June 21, 2010, in the Northern District of Georgia, the defendant,

>    CHRISTOPHER DIXON;

knowingly possessed a firearm, that is, one Springfield XD-40 .40 caliber handgun, serial #US284177, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, the offenses set forth in Counts One and Three of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SEVEN

On or about October 1, 2010, in the Northern District of Georgia and elsewhere, the defendant,

FNU LNU, "Otis"

aided and abetted by others, did knowingly and intentionally possess, with the intent to distribute, a controlled substance, that is a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance; and a mixture and substance containing a detectable amount of marijuana, also a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(D) and Title 18 United States Code, Section 2.

## COUNT EIGHT

On or about October 1, 2010, in the Northern District of Georgia, the defendant,

FNU LNU, a/k/a "Otis,"

knowingly possessed a firearm, that is, one Glock 26 9mm caliber handgun, serial #CYT535, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, the offenses set forth in Counts One and Four of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

FORFEITURE PROVISION

1. Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Eight of this Indictment, the defendants:

> JEROME BUSHAY, a/k/a "Romey;"
> FNU LNU, a/k/a "Otis;"
> CHRISTOPHER DIXON, a/k/a "Yardman;"
> MARK TOMLINSON, a/k/a "Supa;"
> ROSHAUN HOOD, a/k/a "Shaun;"
> CURTIS HERNANDEZ, a/k/a "Kurt Hernandez;"
> NIGEL EDWARDS, a/k/a "Nigel the Barber;"
> JERMAINE CAMPBELL, a/k/a "Fatman;"
> RICARDO DUNCAN, a/k/a "Ricky;"
> DAVE GRANT, a/k/a "David Clarke," a/k/a "Scratchy;"
> CHRISTOPHER WILLIAMS, a/k/a "Eric Washington," a/k/a "Bobby,"
> a/k/a "Beagle," a/k/a "Apachee;
> DAMIEN AARONS, a/k/a "Damage;"
> FNU LNU, a/k/a "Fowley"

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including, but not limited to, the following:

(a) A sum of money representing the amount of proceeds obtained as a result of the offense;

(b) The real property located at the following addresses:

- 6746 GREY ROCK WAY, LITHONIA, DEKALB COUNTY, GEORGIA, and all and all buildings and appurtenances thereon, more particularly described as follows:

6

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 130 OF THE 16TH DISTRICT, OF DEKALB COUNTY, GEORGIA, AND BEING LOT 10, BLOCK F OF PRINCETON PARK, UNIT TWO, AS PER PLAT RECORDED IN PLAT BOOK 118, PAGE 90-92 OF DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE.

PARCEL ID NO.: 16-130-08-010

- 4425 Amy Road, Snellville, Gwinnett County, Georgia, and all and all buildings and appurtenances thereon, more particularly described as follows:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 348, OF THE 4TH DISTRICT, OF GWINNETT COUNTY, GEORGIA AND BEING LOT 26, BLOCK XLII, NORRIS LAKE SHORES SUBDIVISION, SECTION SIX, AS PER PLAT THEREOF RECORDED IN PLAT BOOK G, PAGE 19, GWINNETT COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF; BEING IMPROVED PROPERTY KNOWN AS 4425 AMY ROAD, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN GWINNETT COUNTY, GEORGIA.

PARCEL ID NO.: 4348B036; and

(c) The following vehicles:

- One blue 2007 Audi Q7, 4.2 Quattro Prem Sline, VIN WA1EV74L17D044347;

- One silver 2007 Mercedes Benz S550, VIN WDDNG71X37A072617;

- One white 2007 Audi Q7, VIN WA1BV74L87D027015; and

    (d)    The following firearms:

- one Springfield XD-40 .40 caliber handgun, serial #US284177; and
- one Glock 26 9mm caliber handgun, serial #CYT535.

2.    Upon conviction of the offense alleged in Count Six of this Indictment, the defendant, CHRISTOPHER DIXON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearm, that is, one Springfield XD-40 .40 caliber handgun, serial #US284177, and any ammunition involved in the commission of the offense.

3.    Upon conviction of the offense alleged in Count Eight of this Indictment, the defendant, FNU LNU, a/k/a "Otis," shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearm, that is, one Glock 26 9mm caliber handgun, serial #CYT535, and any ammunition involved in the commission of the offense.

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

(c) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above; all pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A \_\_\_\_True\_\_\_\_ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

JEFFREY W. DAVIS
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 426418

CASSANDRA J. SCHANSMAN
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 183184

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
404/581-6181 fax